**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

Adnan Zafar

Debtor.

**ORDER**

**CASE #: 1-18-42453-ess**
**CHAPTER 7**

## ORDER PURSUANT TO 11 U.S.C. § 362(D) ~~VACATING~~ *MODIFYING* THE AUTOMATIC STAY ~~VACATING THE AUTOMATIC STAY~~ IMPOSED BY 11 U.S.C. §362(a)

Upon the Motion dated July 27, 2018 of Wells Fargo Bank, N.A. as servicing agent for Deutsche Bank National Trust Company, as trustee for GSAA Home Equity Trust 2006-18, Asset-Backed Certificates, Series 2006-18 ("Secured Creditor") for an order, pursuant to section 362(d) of title 11 of the United States Code ("Bankruptcy Code") vacating the automatic stay to allow the Secured Creditor enforcement of its rights in and remedies in and to 225 Aspen Knolls Way, Staten Island, NY 10312 (the "Property"). This Court, having considered the evidence presented an the arguments of the parties and with good cause appearing therefor; it is hereby

**ORDERED** that the automatic stay is hereby ~~lifted and vacated~~ *modified* pursuant to Bankruptcy Code Section 362(d) to permit Secured Creditor ~~to allow the Secured Creditor~~ to ~~exercise all~~ *pursue its* rights under applicable laws with respect to the property located at 225 Aspen Knolls Way, Staten Island, NY 10312; and it is further

**ORDERED** that the Chapter 7 Trustee shall be served with a copy of the Referee's Report of Sale within thirty (30) days of the Report [if applicable], and shall be noticed with any surplus monies realized from the sale of the Collateral; and it is further

**ORDERED** that if the case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this order will remain in full force and effect.

Dated: Brooklyn, New York
September 19, 2018

_____
Elizabeth S. Stong
United States Bankruptcy Judge